IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CARLTON RICHARD COOPER,

    Plaintiff,

v.                                        Civil Action No. 3:19CV628

COLIN D. STOLLE, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on September 12, 2019, the Court conditionally docketed the action. Carlton Richard Cooper requested leave to proceed in forma pauperis. By Memorandum Order entered on October 21, 2019, the Court directed Cooper to pay an initial partial filing fee of $17.07 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Cooper has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Cooper is not entitled to proceed in forma pauperis. Cooper's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Cooper.

                                                /s/         
                                        Robert E. Payne
                                        Senior United States District Judge

Date: November 12, 2019
Richmond, Virginia